# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**LEO JACOB DORBAD,**

    *Petitioner,*

v.                                    **CASE NO. 1:13-cv-00081-MP-GRJ**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    *Respondent.*

_____/

### **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 8, 2016. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner was granted an extension of time to file objections, ECF No. 22, but failed to do so.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2.     The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED.**

4. The clerk is directed to close the file

**SO ORDERED on September 26, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**